

# Giarrusso Norton Cooley & McGlone, PC

TRIAL ATTORNEYS / MARINA BAY / 308 VICTORY ROAD / QUINCY, MA 02171 / WWW.GNCM.NET

**THOMAS R. MURPHY**
*Of Counsel*
T: 617-770-2900
F: 617-773-6934
TRMurphy@gncm.net

FILED
CLERKS OFFICE

2005 SEP 16  P 12: 17

U.S. DISTRICT COURT
DISTRICT OF MASS

September 15, 2005

Kevin C. Cain, Esquire
Peabody & Arnold, LLP
30 Rowes Wharf
Boston, MA 02110

Re:   *Averill Barkhouse, et al v. Delta Air Lines, Inc., et al*
      Civil Action No. 05-11660 NG

Dear Mr. Cain:

   As I mentioned when I spoke with your office this morning, Delta Air Lines, Inc. ("Delta") has filed for protection under the Bankruptcy laws, 11 U. S. C. 1, *et seq*. As such I plan to move to stay this case, and will look to afford my client all of its rights as a matter of law.

   As you can well imagine with an company of Delta's size, there are a number of decisions at a number of levels to be made before I can proceed any further. I will file the Notice of Suggestion in due course.

   Should you or Ms. Tsingos have any questions, please feel free to call.

Very truly yours,

Thomas R. Murphy

TRM/
Enc.
Cc:   Ms. Jennifer Filo
      Helen E. Tsingos, Esquire
      Ms. Tara Palmer
      Christina Schoen, Esquire