UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AVERILL BARKHOUSE and
JODY BARKHOUSE,

        Plaintiffs,

v.

DELTA AIR LINES, INC. and
GLOBEGROUND NORTH
AMERICA LLC,

        Defendants.

Civil Action No. 05-11660 NG

**NOTICE OF AUTOMATIC STAY**

PLEASE TAKE NOTICE that on September 14, 2005, Delta Air Lines, Inc. and the affiliated companies listed below filed a Voluntary Petition for relief in the United States Bankruptcy Court for the Southern District of New York. The Court entered an Order for Relief under Chapter 11 of Title 11 of the United States Code in the following cases:

    Delta Air Lines, Inc., Case No. 05-17923-PCB
    ASA Holdings, Inc., Case No. 05-17946-PCB
    Comair Holdings, LLC, Case No. 05-17931-PCB
    Comair, Inc., Case No. 05-17924-PCB
    Comair Services, Inc., Case No. 05-17935-PCB
    Crown Rooms, Inc., Case No. 05-17922-PCB
    DAL Aircraft Trading, Inc., Case No. 05-17941-PCB
    DAL Global Services, LLC, Case No. 05-17928-PCB
    DAL Moscow, Inc., Case No. 05-17937-PCB
    Delta AirElite Business Jets, Inc., Case No. 05-17942-PCB
    Delta Benefits Management, Inc., Case No. 05-17945-PCB
    Delta Connection Academy, Inc., Case No. 05-17926-PCB
    Delta Corporate Identity, Inc., Case No. 05-17932-PCB
    Delta Loyalty Management Services, LLC, Case No. 05-17939-PCB
    Delta Technology, LLC, Case No. 05-17927-PCB
    Delta Ventures III, LLC, Case No. 05-17936-PCB
    Epsilon Trading, Inc., Case No. 05-17943-PCB
    Kappa Capital Management, Inc., Case No. 05-17947-PCB
    Song, LLC, Case No. 05-17921-PCB

PLEASE TAKE FURTHER NOTICE that the filing of the Voluntary Petition and entry of the Order for Relief creates an automatic stay that enjoins and restrains certain acts and proceedings against any of these debtors or their property as provided in 11 U.S.C. §362, unless relief from the automatic stay is first granted by the United States Bankruptcy Court for the Southern District of New York. Prohibited acts include, without limitation, the commencement or continuation of any judicial proceeding against the debtor that was or could have been commenced before the filing of the petition, any attempt to enforce a judgment against the debtors or their property, any act to obtain possession of or exercise control over the property of the estate, or any act to create, perfect, or enforce any lien against the property of the estate. See 11 U.S.C. § 362 and Federal Rule of Bankruptcy Procedure 4001 for exceptions and procedures to follow in seeking relief from the automatic stay.

Respectfully submitted,
Delta Air Lines, Inc.
By its attorneys,

Thomas R. Murphy
BBO No. 546759
Giarrusso, Norton, Cooley & McGlone, P.C.
Marina Bay
308 Victory Road
Quincy, MA  02171
Telephone: 617-770-2900

Dated: 9/19/05

## CERTIFICATE OF SERVICE

I, Thomas R. Murphy, attorney for the Delta Air Lines, Inc., hereby certify that on this day of September in the year 2005, I served a copy of the following documents, viz:

1. NOTICE OF AUTOMATIC STAY

on counsel of record by mailing a copy thereof by class-mail, postage prepaid, to:

Kevin C. Cain, Esquire
Peabody & Arnold, LLP
30 Rowes Wharf
Boston, MA 02110

Helen E. Tsingos, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
155 Federal Street
Boston, MA 02110

_____
Thomas R. Murphy