# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Averill Barkhouse, et al**<br>　　**Plaintiff,**<br><br>　　v.<br><br>**Delta Airlines Inc., et al**<br><br>　　**Defendant** | )<br>)<br>)<br>)　Civil Action No.<br>)　02-10172-NG<br>)<br>)<br>) |

**GERTNER, D.J.:**

## ORDER OF ADMINISTRATIVE STAY/CLOSING

It is hereby ordered that this case is administratively stayed pending the resolutions of <u>Bankruptcy proceedings.</u>  To avoid the necessity of counsel appearing at periodic status conferences, it is hereby **ORDERED**:

The above-entitled action is hereby closed/stayed administratively **without prejudice** to the right of any party to restore it to the active docket upon termination of the <u>Bankruptcy proceedings,</u> if any further action is required.

**SO ORDERED.**

Dated: 10/24/05                                     s/Nancy Gertner
　　　　　　　　　　　　　　　　　　　　　Nancy Gertner,  U.S.D.J.