UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AVERILL BARKHOUSE and<br>JODY BARKHOUSE,<br><br>                    Plaintiffs,<br><br>v.<br><br>DELTA AIR LINES, INC. and<br>GLOBEGROUND NORTH<br>AMERICA LLC,<br><br>                    Defendants. | Civil Action No. 05-11660 NG |

## JOINT MOTION TO LIFT STAY

The plaintiffs Averill and Jody Barkhouse (collectively "Barkhouse"), together with the

defendants Delta Air Lines, Inc. ("Delta") and GlobeGround North America, LLC

("GlobeGround"), hereby move to lift the Order of administrative stay in this matter.  As

grounds, the parties state the reason for the stay has been resolved by stipulation.  Additionally,

lifting the stay will allow the parties to conduct discovery and resolve the case by settlement or

trial.

### BACKGROUND

This case arises out of Barkhouse's round-trip air travel from Halifax, Nova Scotia to

Atlanta, Georgia, with a stopover in Boston, in April and May 2003.  Barkhouse is a Canadian

citizen who, in addition to being a quadriplegic at the time, traveled on Delta's air carrier which

had contracted with GlobeGround for Skycap Services.  On his return flight, Barkhouse claims

he broke his hip when Delta or GlobeGround personnel, or both, "dropped" him during his

transfer from a seat to his wheelchair in Boston.  He further claims to have incurred significant

disabling injuries as a result of that incident.

## ARGUMENT

The plaintiff filed suit in the Massachusetts Trial Court in April 2005.  Delta removed

the case, pursuant to 28 U.S.C. § 1441, in August 2005.  Shortly thereafter Delta filed a

Voluntary Petition for relief in the Untied States Bankruptcy Court for the Southern District of

New York.  Delta filed a Notice of Automatic Stay in this court in September 2005 and since

then the court issued an Order of Administrative Stay.  Most recently, the plaintiff and Delta

stipulated to modify the automatic stay, filing a Stipulation to that effect in the Bankruptcy

Court on January 26, 2006.  Since then, the plaintiff and Delta have served their Automatic

Disclosures in this case under Rule 26 and are prepared to undertake formal discovery.

## CONCLUSION

WHEREFORE; the parties respectfully request that this Honorable Court:


1.      Lift the October 24, 2005 Order of Administrative Stay;

2.      Schedule the case for a Rule 16 Conference; and

3.      Allow the parties to complete discovery.


| Averill Barkhouse and Jody Barkhouse | GlobeGround North America, LLC |
|---|---|
| By their attorneys, | By its attorneys, |

| ___/s/ Kevin C. CAin_____ | ___/s/ Helen E. Tsingos_____ |
|---|---|
| Kevin C. Cain, Esquire | Helen E. Tsingos, Esquire |
| BBO No. 550055 | BBO No. 561682 |
| Peabody & Arnold, LLP | Wilson, Elser, Moskowitz, Edelman |
| 30 Rowes Wharf | 155 Federal Street |
| Boston, MA  02110 | Boston, MA  02110 |
| Tel:    617-951-2100 | Tel:    617-422-5300 |

Delta Air Lines, Inc.
By its attorneys,


_____/s/ Thomas R. Murphy_____
Thomas R. Murphy, Esquire
BBO No. 546759
Giarrusso, Norton, Cooley & McGlone, P.C.
Marina Bay
308 Victory Road
Quincy, MA  02171
Tel:    617-770-2900


Dated:  March 30, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AVERILL BARKHOUSE and
JODY BARKHOUSE,

                    Plaintiffs,

v.                                                                    Civil Action No. 05-11660 NG

DELTA AIR LINES, INC. and
GLOBEGROUND NORTH
AMERICA LLC,

                    Defendants.

## JOINT MOTION TO LIFT STAY

The plaintiffs Averill and Jody Barkhouse (collectively "Barkhouse"), together with the

defendants Delta Air Lines, Inc. ("Delta") and GlobeGround North America, LLC

("GlobeGround"), hereby move to lift the Order of administrative stay in this matter. As

grounds, the parties state the reason for the stay has been resolved by stipulation. Additionally,

lifting the stay will allow the parties to conduct discovery and resolve the case by settlement or

trial.

## BACKGROUND

This case arises out of Barkhouse's round-trip air travel from Halifax, Nova Scotia to

Atlanta, Georgia, with a stopover in Boston, in April and May 2003. Barkhouse is a Canadian

citizen who, in addition to being a quadriplegic at the time, traveled on Delta's air carrier which

had contracted with GlobeGround for Skycap Services. On his return flight, Barkhouse claims

he broke his hip when Delta or GlobeGround personnel, or both, "dropped" him during his

transfer from a seat to his wheelchair in Boston.  He further claims to have incurred significant

disabling injuries as a result of that incident.

### ARGUMENT

The plaintiff filed suit in the Massachusetts Trial Court in April 2005.  Delta removed

the case, pursuant to 28 U.S.C. § 1441, in August 2005.  Shortly thereafter Delta filed a

Voluntary Petition for relief in the Untied States Bankruptcy Court for the Southern District of

New York.  Delta filed a Notice of Automatic Stay in this court in September 2005 and since

then the court issued an Order of Administrative Stay.  Most recently, the plaintiff and Delta

stipulated to modify the automatic stay, filing a Stipulation to that effect in the Bankruptcy

Court on January 26, 2006.  Since then, the plaintiff and Delta have served their Automatic

Disclosures in this case under Rule 26 and are prepared to undertake formal discovery.

### CONCLUSION

WHEREFORE; the parties respectfully request that this Honorable Court:

1.    Lift the October 24, 2005 Order of Administrative Stay;

2.    Schedule the case for a Rule 16 Conference; and

3.    Allow the parties to complete discovery.

Averill Barkhouse and Jody Barkhouse             GlobeGround North America, LLC
By their attorneys,                              By its attorneys,


___/s/ Kevin C. CAin_____              ___/s/ Helen E. Tsingos_____
Kevin C. Cain, Esquire                           Helen E. Tsingos, Esquire
BBO No. 550055                                   BBO No. 561682
Peabody & Arnold, LLP                            Wilson, Elser, Moskowitz, Edelman
30 Rowes Wharf                                   155 Federal Street
Boston, MA  02110                                Boston, MA  02110
Tel:    617-951-2100                             Tel:    617-422-5300

Delta Air Lines, Inc.
By its attorneys,


___/s/ Thomas R. Murphy_____
Thomas R. Murphy, Esquire
BBO No. 546759
Giarrusso, Norton, Cooley & McGlone, P.C.
Marina Bay
308 Victory Road
Quincy, MA  02171
Tel:    617-770-2900


Dated:  March 30, 2006