UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 MAY 22  P 3:19

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| AVERILL BARKHOUSE AND JODY BARKHOUSE,<br>Plaintiffs,<br><br>v.<br><br>DELTA AIR LINES and GLOBEGROUND NORTH AMERICA LLC,<br>Defendants. | CIVIL ACTION NO. 05-11660-NG |

### CERTIFICATION BY DEFENDANT, GLOBEGROUND NORTH AMERICA LLC PURSUANT TO LOCAL RULE 16.1(D)(3)

Defendant, GlobeGround North America LLC and its counsel hereby certify to this Court that the defendant and its counsel have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and

(b) to consider the resolution of litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,
GlobeGround North America LLC

_/s/ Dino G. Noto_
Dino G. Noto, Esq., General Counsel
GlobeGround North America LLC
111 Great Neck Road
P.O. Box 355
Great Neck, NY 11022-0355
(516) 487-8610
Dated: May 19, 2006

Respectfully submitted,
GlobeGround North America LLC
By its attorneys,

_/s/ Helen E. Tsingos_
Maynard M. Kirpalani, BBO #273940
Helen E. Tsingos, BBO # 629762
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300

58217.1

CERTIFICATE OF SERVICE

I, Helen E. Tsingos, hereby certify that I have this 22nd day of May, 2006, served a copy of the foregoing upon all parties by mailing same postage prepaid to:

Kevin C. Cain, Esq.
Peabody & Arnold, LLP
30 Rowes Wharf
Boston, MA 02110

Thomas R. Murphy, Esq.
Giarrusso, Norton, Cooley & McGlone, P.C.
308 Victory Road
Quincy, MA 02171

*Helen E. Tsingos*

58217.1