UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 DEC 15 P 12: 20

U.S. DISTRICT COURT
DISTRICT OF MASS.

AVERILL BARKHOUSE and
JODY BARKHOUSE,

        Plaintiffs,

v.

DELTA AIR LINES, INC. and
GLOBEGROUND NORTH
AMERICA LLC,

        Defendants.

Civil Action No. 05-11660 NG

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41 (a) (1) (ii), all parties hereby stipulate to the dismissal, with prejudice and without costs, of all counts in the plaintiffs' Complaint and all counts in the defendants' cross-claims, waiving all rights of appeal.

Averill Barkhouse, and Jody Barkhouse
By their attorneys,

Kevin C. Cain, Esquire
BBO No. 550055
Peabody & Arnold, LLP
30 Rowes Wharf
Boston, MA 02110
Tel:   617-951-2100

Delta Air Lines, Inc.
By its attorneys,

Thomas R. Murphy, Esquire
BBO No. 546759
Giarrusso, Norton, Cooley & McGlone, P.C.
Marina Bay
308 Victory Road
Quincy, MA 02171
Tel:   617-770-2900

Dated: 10/25/06

GlobeGround North America, LLC
By its attorneys,

Helen E. Tsingos, Esquire     12/14/06
BBO No. 629762
Wilson, Elser, Moskowitz, Edelman
155 Federal Street
Boston, MA 02110
Tel:   617-422-5300

## CERTIFICATE OF SERVICE

I, Helen E. Tsingos, hereby certify that I have this 14th day of December 2006, served a copy of the foregoing upon all parties by mailing same postage prepaid to:

Kevin C. Cain, Esq.
Peabody & Arnold, LLP
30 Rowes Wharf
Boston, MA 02110

Thomas R. Murphy, Esq.
Giarrusso, Norton, Cooley & McGlone, P.C.
Marina Bay
308 Victory Road
Quincy, MA 02171

/s/ Helen E. Tsingos
Helen E. Tsingos

71017.1